















MNA    7/23/03    13:12
3:03-CV-01451   NOLASCO V. EXXON MOBIL CORP
*2*
*SM.*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

03 JUL 22 PH 3: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SALOMON NOLASCO

      Plaintiff,

        vs

EXXON MOBIL CORP/EXXON MOBIL OIL
CORP, SUNNY SINGH, APRO, LLC AND
DOES 1-10, Inclusive,

      Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'03 CV 1451 W (JMA)

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

      **ROY L. LANDERS**
      **Attorney At Law**
      **7840 Mission Center Ct. #101**
      **San Diego, CA 92108-1321**

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUL 22 2003

DATE

B. BONILLA

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

2