















```
BJR     8/27/03    9:12
3:03-CV-01451   NOLASCO V. EXXON MOBIL CORP
*4*
*O.*
```

FILED

03 AUG 26 PM 1:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON NOLASCO,<br><br>        Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP/EXXON MOBIL OIL CORP, et al.,<br><br>        Defendants. | Case No. 03-CV-1451-W (JMA)<br><br>**NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

**IT IS HEREBY ORDERED** that a <u>telephonic</u> Early Neutral Evaluation Conference will be held on **October 7, 2003** at **4:00 p.m.** before Magistrate Judge Jan M. Adler. <u>Counsel only</u> for each party shall appear telephonically at this conference. The Court will initiate the conference call. **Absent extraordinary circumstances, requests for continuances will <u>not</u> be considered unless submitted in *writing* no less than fourteen (14) days prior to the scheduled conference.**

Based upon the Court's familiarity with cases brought pursuant to the Americans with Disabilities Act, and in the interest of promoting the just, efficient, and economical

determination of this action, the Court issues the following orders:

1. All discovery shall be stayed in this case until after the Rule 26(f) conference;

2. **Twenty-one (21) days** prior to the telephonic Early Neutral Evaluation Conference, Plaintiff's counsel shall lodge with Magistrate Judge Adler's chambers, and serve on opposing counsel, a statement *not in excess of two pages*, including the following information:

   (a) An itemized list of the specific issues on the subject premises which are the basis of the claimed violations under the Americans with Disabilities Act. A recitation of regulations, by number, will not satisfy this requirement. The claimed violations must be specifically described.

   (b) A statement of the amount and category of damages claimed by Plaintiff in this action.

   (c) The amount claimed for attorneys' fees and costs; and

   (d) The Plaintiff's demand for settlement of the case in its entirety.

3. **Fourteen (14) days** prior to the telephonic Early Neutral Evaluation Conference, counsel for the parties shall meet and confer regarding settlement of:

   (a) The premises violations alleged; and

   (b) Damages, costs, and attorneys' fees claims.

4. **Seven (7) days** prior to the telephonic Early Neutral Evaluation Conference, counsel shall lodge with Magistrate Judge Adler's chambers a *joint statement* advising the Court of the

status of settlement negotiations and setting forth all issues in dispute, including property issues, Plaintiff's alleged damages, and the claim for attorneys' fees and costs, along with a description of any settlement demands and/or offers exchanged.

Rule 26 of the Federal Rules of Civil Procedure shall apply to this case. Counsel shall also be prepared to discuss the following matters at the telephonic Early Neutral Evaluation Conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and

4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Plaintiff's counsel shall give notice of the telephonic Early Neutral Evaluation Conference to parties responding to the complaint after August 25, 2003.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

Dated: August 25, 2003

JAN M. ADLER
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT JUDGE

ROY L. LANDERS

```
1  LAW OFFICES OF ROY L. LANDERS
   7840 MISSION CENTER COURT, SUITE 101
2  SAN DIEGO, CA 92108
   (619) 296-7898
3
   RICHARD M. VALDEZ
4  SANDLER LASRY LAUBE BYER AND VALDEZ LLP
   402 WEST BROADWAY, SUITE 1700
5  SAN DIEGO, CA 92101-3542
   (619) 235-5655
6
   CRAIG J. WHITNEY
7  800 BELL STREET, 1583E
   HOUSTON, TX 77002
8  (713) 656-9258
```

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.