















BJR    9/11/03    9:58

3:03-CV-01451    NOLASCO V. EXXON MOBIL CORP

*5*

*STIPO.*

ROY L. LANDERS (BAR # 64920)
**LAW OFFICES OF ROY L. LANDERS**
7840 Mission Center Court
Suite 101
San Diego, CA 92108
Telephone: (619) 296-7898
Facsimile: (619) 296-5611

Attorney for Plaintiff(s): SALOMON NOLASCO

FILED

03 SEP 10 PM 3:09

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CAL...

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SALOMON NOLASCO

        Plaintiff,

        vs.

EXXON MOBIL CORP/EXXON MOBIL OIL
CORP, SUNNY SINGH, APRO, LLC AND
DOES 1-10, INCLUSIVE
        Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 03 CV-1451 W (JMA)

**STIPULATION FOR DISMISSAL, AND
ORDER ON STIPULATION FOR
DISMISSAL**

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated

counsels that defendants *Exxon Mobil Corp., Exxon Mobil Oil Corp and Sunny Singh* named as

defendants in the above-captioned action be and hereby is **DISMISSED WITH PREJUDICE**

pursuant to Federal Rules of Civil Procedure Rule 41(a) (1).

    The undersigned Plaintiff fully and forever releases and discharges THE UNDERSIGNED

Defendants from any and all actions, causes of action, claims, demands, costs, expenses and

compensation by reason of any damages, general or special, or injury or injuries sustained by them

on account of or in any way arising out of the incident described and set forth in the Complaint of

STIPULATION FOR DISMISSAL & ORDER THEREON

5

ENTERED ON 9/11/03

**ORIGINAL**

1   <u>Salomon Nolasco v. Exxon Mobil Oil Corp, et al.</u> filed on  July 22, 2003, in the United States

2   District Court for the Southern District of California, Case No. 03 CV –1451 W (JMA).

3       Each party being dismissed shall bear their own attorney's fees and costs associated with

4   this matter.

5   **SO STIPULATED.**

6   **IN WITNESS WHEREOF THE UNDERSIGNED PARTIES HAVE READ THE**

7   **FOREGOING AND FULLY UNDERSTAND IT.**

8

9                                  ROY L. LANDERS ATTORNEY AT LAW

10

11  DATED: 9/8              , 2003    BY:_____

12                                  ROY L. LANDERS

13                                  Attorney for Plaintiff,
                                    Salomon Nolasco

14

15                                 SANDLER LASTRY LAUBE BYER & VALDEZ

16

17  DATED:_____, 2003    BY:_____

18                                  Attorneys for Exxon Mobil Oil Corp. and
                                    Exxon Mobil Corp.

19

20

21                                 FREEMAN & FREEMAN

22

23  DATED:_____,2003    BY:_____
                                    Attorneys for Defendant Sunny Singh.

24

25

26

27

28

STIPULATION FOR DISMISSAL & ORDER THEREON

1  <u>Salomon Nolasco v. Exxon Mobil Oil Corp, et al.</u> filed on  July 22, 2003, in the United States

2  District Court for the Southern District of California, Case No. 03 CV –1451 W (JMA).

3      Each party being dismissed shall bear their own attorney's fees and costs associated with

4  this matter.

5      **SO STIPULATED.**

6      **IN WITNESS WHEREOF THE UNDERSIGNED PARTIES HAVE READ THE**

7  **FOREGOING AND FULLY UNDERSTAND IT.**

8

9                                          ROY L. LANDERS ATTORNEY AT LAW

10

11  DATED:_____, 2003    BY:_____

12                                          ROY L. LANDERS
                                            Attorney for Plaintiff,
13                                          Salomon Nolasco

14

15                                          SANDLER LASTRY LAUBE BYER & VALDEZ

16

17  DATED: _Sept 2_____, 2003    BY: _Richard M Vaidly_____

18                                          Attorneys for Exxon Mobil Oil Corp. and
                                            Exxon Mobil Corp.

19

20

21                                          FREEMAN & FREEMAN

22

23  DATED:_____, 2003   BY:_____
                                            Attorneys for Defendant Sunny Singh.

24

25

26

27

28

## ORDER ON STIPULATION FOR DISMISSAL

Pursuant to the Stipulation for Dismissal reached between the parties in the above-captioned action against defendants, Exxon Mobil Corp, Exxon Mobil Oil Corporation and Sunny Singh and the parties having so stipulated, the claims against the named defendants herein is hereby ordered **DISMISSED WITH PREJUDICE.**

DATED:_____9/10_____, 2003   _____
JUDGE OF THE U.S. DISTRICT COURT

///

///

///

STIPULATION FOR DISMISSAL & ORDER THEREON