








```
BJR    9/15/03    8:46
3:03-CV-01451   NOLASCO V. EXXON MOBIL CORP
*6*
*O.*
```

FILED
03 SEP 12 PM 2:55
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOMON NOLASCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP/EXXON MOBIL OIL CORP, et al.,<br><br>　　　　　Defendants. | Case No. 03-CV-1451-W (JMA)<br><br>**ORDER VACATING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

In view of the Stipulation for Dismissal and Order thereon filed on September 10, 2003 by the Honorable Thomas J. Whelan, **IT IS HEREBY ORDERED** that the telephonic Early Neutral Evaluation Conference scheduled for October 7, 2003 at 4:00 p.m. is <u>vacated</u>. The Early Neutral Evaluation Conference will be rescheduled upon the filing of an Answer by the remaining defendant, Apro, LLC.

**IT IS SO ORDERED.**

Dated: September 12, 2003

JAN M. ADLER
United States Magistrate Judge

03cv1451W(JMA)

```
 1  COPY TO:
 2  HONORABLE THOMAS J. WHELAN
    U.S. DISTRICT JUDGE
 3
    ROY L. LANDERS
 4  LAW OFFICES OF ROY L. LANDERS
    7840 MISSION CENTER COURT, SUITE 101
 5  SAN DIEGO, CA 92108
    (619) 296-7898
 6
    RICHARD M. VALDEZ
 7  SANDLER LASRY LAUBE BYER AND VALDEZ LLP
    402 WEST BROADWAY, SUITE 1700
 8  SAN DIEGO, CA 92101-3542
    (619) 235-5655
 9
    CRAIG J. WHITNEY
10  800 BELL STREET, 1583E
    HOUSTON, TX 77002
11  (713) 656-9258
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```